THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Travis Evans, Appellant.
 
 
 

Appeal From Laurens County
 Wyatt T. Saunders, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-464
Submitted August 1, 2008  Filed August 8,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy
 Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Tommy Evans,
 Jr., and J. Benjamin Aplin, all of Columbia; for Respondent.
 
 
 

PER CURIAM: Travis Evans was convicted of distributing powder cocaine
 and received a suspended sentence with two years of probation.  Evans
 probation was revoked after he was found in the possession of a handgun with
 two convicted felons.  Evans appeals, arguing the circuit court erred in
 failing to inquire into his knowledge of the criminal records of the men with
 whom he associated, the circumstances surrounding his association with them, or
 the extent of their relationship.  Evans did not file a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Evans appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.